# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNIE DION EDWARDS,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81702

**FILED**

SEP 2 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court "order denying defendant's motion to reinstate/motion for extension of time." Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                              Silver

20-34799

cc:   Hon. Jacqueline M. Bluth, District Judge
Ronnie Dion Edwards
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk